## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| | ) |
| Coulter Convenience Stores, Inc., | )    Case No. 99-21002 (CMB) |
| | )    Chapter 7 |
| Debtor. | ) |

## ORDER FOR RELEASE OF FUNDS IN
## THE UNCLAIMED FUNDS REGISTRY

Upon consideration of the motion filed by U.S. Foods, Inc., formerly known as U.S. Foodservice, Inc. (the "Claimant") for release of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the Claimant is entitled to the sum of $2,649.72, less registry fund fees properly chargeable, it is hereby

ORDERED, as follows:

1.    The Request is GRANTED in its entirety.

2.    The Bankruptcy Clerk for the Western District of Pennsylvania shall pay the sum of $2,649.72, less registry fund fees properly chargeable, to:

> U S. Foods, Inc.
> 9399 West Higgins Road
> Suite 600
> Rosemont, IL 60018
> Attn: Dorothy G. Capers, Esq.

3.    Such amount shall be paid within 14 business days of the entry of this Order.

Dated: _____, 2012

_____
Honorable Carlota M. Bohm
United States Bankruptcy Judge

cc:    U S. Foods, Inc.
       9399 West Higgins Road
       Suite 600
       Rosemont, IL 60018

cc:    K. Lawrence Kemp
       953 5th Avenue
       New Kensington, PA 15068-6307
       **Debtor's Counsel**

cc:    Robert Shearer
       4536 Mellwood Road
       Leechburg, PA 15656
       **Trustee**

**End of Order**