## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 99-21002-CMB |
| Coulter Convenience Stores, Inc. | ) | |
| | ) | CHAPTER 7 |
| Debtor(s) | ) | |
| | ) | |
| Verizon Communications Inc. | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| Coulter Convenience Stores, Inc. and | ) | |
| Robert Shearer, Trustee, | ) | |
| | ) | |
| Respondent(s) | | |

### AMENDED MOTION TO PAY UNCLAIMED FUNDS UNDER 28 U.S.C. §2042

AND NOW, COMES the Claimant, Verizon Communications Inc., on behalf of its subsidiary, Bell Atlantic Mobile, by and through its counsel, Warner Mariani, Esquire, and Warner Mariani, LLC, counsel for their attorney-in-fact, The Locator Services Group, Ltd., and moves this Honorable Court to order the withdrawal of moneys on deposit for this estate in the name of creditor, Bell Atlantic Mobile, and to order the payment of these moneys to Claimant for the foregoing reasons:

1. There were two dividend checks in the amounts of $3,860.67 and $323.87 in the above named case issued to Bell Atlantic Mobile, a creditor in this case.

2. Said checks not having been cashed by said payee, the Standing Chapter 7 Trustee, per 11 U.S.C. §347(a), delivered the unclaimed money to the Clerk, United States Bankruptcy Court, Western District of Pennsylvania.

3. The Locator Services Group Ltd. has been appointed by Verizon Communications Inc. as its lawful Attorney-in-Fact who is duly authorized by the attached original Power of Attorney and supporting documentation to apply for these funds. (See "Exhibit A" attached hereto)

4. The Claimant's current address is: Verizon Communications Inc., 3900 Washington Street, 2nd Floor, Wilmington, DE 19802, Attn: Andrew Murphy, Manager. Telephone Number: (302) 761-4211.

5. The Claimant has no knowledge that this claim has been previously paid or that any party other than Claimant is entitled to these funds.

6. An examination of the Docket in this case does not reflect that this claim has been previously paid.

WHEREFORE, I respectfully request that the unclaimed dividends in the amount of $4,184.54 be made payable to Verizon Communications Inc. and mailed c/o The Locator Services Group Ltd., 280 Summer St., Suite 701, Boston, MA 02210.

Respectfully Submitted:
WARNER MARIANI, LLC

/s/ Warner Mariani
Warner Mariani, Esquire
428 Forbes Avenue, Suite 220
Pittsburgh, PA 15219
(412) 281-3360
Pennsylvania Bar ID - #61968