## LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that Verizon Communications Inc., on behalf of itself as well as its subsidiaries ("Verizon"), hereby appoints The Locator Service Group Ltd., having its principal business address at 280 SUMMER STREET, SUITE 701, Boston, MA 02210 (Finder"), its true and lawful attorney-in-fact to seek recovery of the lost or unclaimed property in the amount of $3,860.67 (the "Unclaimed Property"), held by United States Bankruptcy Court Western District of Pennsylvania and reported by such government entity to have been lost or unclaimed by Bell Atlantic Mobile, check dated .

Subject to the limitations in the next following sentence, Verizon further grants Finder authority to do whatever is necessary and proper in seeking recovery of the Unclaimed Property as fully as Verizon might or could do if personally present, hereby confirming all that Finder shall so lawfully do or cause to be done. Nevertheless, Finder shall have no authority to incur any financial obligation or to make any expenditure on Verizon's behalf, nor shall Finder have any authority to convert or deposit any Unclaimed Property or endorse any check, note or other instrument on Verizon's behalf or take any action which shall be prohibited under the Asset Recovery Agreement dated 2/25/02 pertaining to the Unclaimed Property (the "Asset Recovery Agreement").

This Limited Power of Attorney shall be deemed to be a part of the Asset Recovery Agreement and, together with the Asset Recovery Agreement, shall constitute the sole and entire agreement between Verizon and Finder with respect to the recovery of the Unclaimed Property. This Limited Power of Attorney, and Finder's authority hereunder, shall terminate automatically and become null and void under the circumstances described in the Asset Recovery Agreement.

Signed this 10th day of _____May_____, 2012.

VERIZON COMMUNICATIONS INC.                           Tax ID No. ___23-2259884___

By: _____[signature]_____                                 (Required for identification purposes)

Name: Andrew Murphy

Title: Manager

STATE OF DELAWARE          ,  )
                                                        ) ss.
COUNTY OF  NEW CASTLE         )

[Notary Seal: GENEVIEVE P. WATSON, MY COMMISSION EXPIRES ON March 23, 2014, NOTARY PUBLIC, NEW CASTLE COUNTY, STATE OF DELAWARE]

On the __10th__ day of _May_, 2012, before me personally came Andrew Murphy to me known, who, being by me duly sworn did depose, and say that s/he is the Manager of Verizon, the corporation described in and which executed the foregoing instrument.

_____[signature]_____
Notary Public

My Commission Expires:  March 23, 2014

**Holly Hess Groos, CPA**
Senior Vice President &
Treasurer



One Verizon Way, VC44E224
Basking Ridge, NJ 07920

Phone 908 559-5507
Fax 908 696-2230
holly.hess@verizon.com

August 19, 2011

To Whom It May Concern:

Please let this letter serve as confirmation that the following individuals are employees of Verizon Communications Inc. and are authorized to submit claims on behalf of Verizon Communications Inc. and its Subsidiaries for the specific purpose of recovering unclaimed/abandoned Verizon property:

| Name | Title |
| --- | --- |
| Cherie L. Nemeth-Thornton | Specialist – Treasury |
| Tina Morello | Supervisor – Treasury |
| Andrew J. Murphy | Manager – Treasury |
| Elizabeth S. Duffy | Director – Treasury |
| Janet M. Garrity | Assistant Treasurer |

This confirmation will be effective for one year from the date of this letter.

Sincerely,

OFFICER'S CERTIFICATE OF AUTHORITY 

I, Janet M. Garrity, Vice President & Assistant Treasurer of Verizon Communications Inc., certify that Andrew J. Murphy is the Unclaimed Property Manager for Verizon Communications Inc. and, as such, is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property owned by Verizon Communications Inc., its subsidiaries, affiliates, acquisitions, and predecessor companies. Such properties may be held in Verizon Communications Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As and A/K/As.

Verizon Communications Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As, and A/K/As, include but are not limited to, those listed on the Attachment A attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this 4th day of May, 2011.

_____
Janet M. Garrity
Vice President & Assistant Treasurer
Verizon Communications Inc.
3900 Washington Street
2nd Floor
Wilmington, DE 19802

_____
Andrew J. Murphy
Unclaimed Property Manager
Verizon Communications Inc.
3900 Washington Street
2nd Floor
Wilmington, DE 19802

---

State of Delaware,   County of New Castle

Before me, Janet M. Garrity, Vice President & Assistant Treasurer, personally appeared, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Delaware that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary's Signature

April 20, 2012
Commission Expires

Place Notary Seal Here

---

State of Delaware,   County of New Castle

Before me, Andrew J. Murphy, Unclaimed Property Manager, personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Delaware that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary's Signature

April 20, 2012
Commission expires

Place Notary Seal Here



| Form **W-9**<br>(Rev. October 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |

**Name (as shown on your income tax return)**
Verizon Communications Inc.

**Business name, if different from above**

Check appropriate box: ☐ Individual/Sole proprietor  ☑ Corporation  ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ........
☐ Other (see instructions) ▶                                                                              ☐ Exempt payee

**Address (number, street, and apt. or suite no.)**
3900 Washington Street, 2nd Floor

**Requester's name and address (optional)**

**City, state, and ZIP code**
Wilmington, DE 19802

**List account number(s) here (optional)**

*See Specific Instructions on page 2. Print or type*

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Social security number**

or

**Employer identification number**
23 | 2259884

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of U.S. person ▶ *[signed] And J M--*   Date ▶ 4-15-2011

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X                                                    Form **W-9** (Rev. 10-2007)



**Drew Murphy, CTP**
Unclaimed Property Mgr
Asset Recovery Manager

3900 Washington Street, Floor 2
Wilmington, DE 19802
Phone 302 761-4211
Fax 302 761-4246

andrew.j.murphy@verizon.com







**Janet M. Garrity, CFA, CCM**
Vice President
Financing & Cash Operations

3900 Washington Street, Floor 2
Wilmington, DE 19802
Phone 302 761-4210
Fax 302 761-4245

janet.m.garrity@verizon.com

**Form 851** (Rev. December 2005)
Department of the Treasury
Internal Revenue Service

## Affiliations Schedule
► File with each consolidated income tax return.

OMB No. 1545-0025

For tax year ending  12  31 , 2008

Name of common parent corporation
VERIZON COMMUNICATIONS INC.

**Employer identification number**

Number, street, and room or suite no. If a P.O. box, see instructions.
One Verizon Way

City or town, state, and ZIP code
Basking Ridge    NJ   07920

### Part I  Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|
| | Common parent corporation | | | | |
| | Subsidiary corporations: | | | | |
| 22 | BELL ATLANTIC INVESTMENT DEVELOPMENT<br>One Verizon Way<br>Basking Ridge    NJ    07920 | BELL | ▓▓▓▓▓ | 0 | 0 |
| 23 | BELL ATLANTIC MOBILE SYSTEMS<br>1717 Arch Street<br>Philadelphia    PA    19103 | BELL | ▓▓▓▓▓ | 0 | 0 |
| 24 | BELL ATLANTIC NETWORK SYSTEMS COMPANY<br>One Verizon Way<br>Basking Ridge    NJ    07920 | BELL | ▓▓▓▓▓ | 0 | 0 |
| 25 | BELL ATLANTIC PERSONAL COMMUNICATIONS INC.<br>1717 Arch Street<br>Philadelphia    PA    19103 | BELL | ▓▓▓▓▓ | 0 | 0 |
| 26 | BELL ATLANTIC TRADEMARK SERVICES<br>VERIZON CENTER - ONE VERIZON WAY<br>BASKING RIDGE    NJ    07920 | BELL | ▓▓▓▓▓ | 0 | 0 |
| | **Totals** (Must equal amounts shown on the consolidated tax return.) ► | | | | |

### Part II  Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| | Common parent corporation | | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 22 | Holding & Mgmt Services | 561110 | | X | 1 | 100.000 % | 100.000 % | 119 |
| 23 | Holding Company | 551112 | | X | 1 | 100.000 % | 100.000 % | 18 |
| 24 | Business Services | 541990 | | X | 1 | 100.000 % | 100.000 % | 94 |
| 25 | Holding Company | 551112 | | X | 1 | 100.000 % | 100.000 % | 18 |
| 26 | Holding Company | 561110 | | X | 100 | 100.000 % | 100.000 % | 1 |

For Paperwork Reduction Act Notice, see instructions.

Form **851** (Rev. 12-2005)

ERF

F8.00.01    US851P01

10-K 1 d257450d10k.htm VERIZON COMMUNICATIONS INC. -- FORM 10-K

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

(Mark one)

x  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2011

OR

¨  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from     to

Commission file number: 1-8606

# Verizon Communications Inc.
(Exact name of registrant as specified in its charter)

| Delaware | |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **140 West Street** **New York, New York** | **10007** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (212) 395-1000

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.10 par value | New York Stock Exchange The NASDAQ Global Select Market London Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ü  No __

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes __  No ü

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant

EX-21 4 d257450dex21.htm LIST OF PRINCIPAL SUBSIDIARIES OF VERIZON

**EXHIBIT 21**

**Verizon Communications Inc. and Subsidiaries**
Principal Subsidiaries of Registrant at December 31, 2011

| Name | Jurisdiction of Organization |
|---|---|
| Verizon California Inc. | California |
| Verizon Delaware LLC. | Delaware |
| Verizon Florida LLC. | Florida |
| Verizon Maryland Inc. | Maryland |
| Verizon New England Inc. | New York |
| Verizon New Jersey Inc. | New Jersey |
| Verizon New York Inc. | New York |
| Verizon Pennsylvania Inc. | Pennsylvania |
| GTE Southwest Incorporated (d/b/a Verizon Southwest) | Delaware |
| Verizon Virginia Inc. | Virginia |
| Bell Atlantic Mobile Systems LLC. | Delaware |
| Cellco Partnership (d/b/a Verizon Wireless) | Delaware |
| GTE Corporation | New York |
| GTE Wireless Incorporated | Delaware |
| MCI Communications Corporation | Delaware |
| Verizon Business Global LLC. | Delaware |
| Cranberry Properties LLC. | Delaware |

SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:     1. *Intake Clerk* *

          2. *Case Administrator*

FROM:   *Financial Administrator*    UC

DATE: 11-1-11

CASE NAME: Coulter Convenience Stores, LLC.

CASE NUMBER: 99-21002 CM

Check Number 364 in the amount of $3860.67 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 3494     Intake Clerk's Initials: AS

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE *FORWARD TO* THE APPROPRIATE *CASE ADMINISTRATOR*.

#4b-F

```
ROBERT SHEARER                     Union Bank                              CHECK NUMBER
4536 MELWOOD ROAD                  445 South Figueroa Street, Los Angeles, California 90071
LEECHBURG, PA 15656                                                             343
                        Claim 000010, Payment 145.29692%,
                        Check Void After 90 Days
                                                                     DATE        AMOUNT
                                                                   07/18/11   $*******3,860.67

                                         CASE NUMBER          DEBTOR
                                         99-21002   BM    COULTER CONVENIENCE STORES, INC.

PAY TO THE ORDER OF
                                         Three Thousand Eight Hundred Sixty Dollars And 67/100

    BELL ATLANTIC MOBILE
    P.O. BOX 761                                              [signature]
    BEDMINSTER, NJ 07921                                      ROBERT SHEARER
                                                              CHAPTER 7 TRUSTEE

            ⑈000343⑈  ⑆122000496⑆  2130065042⑈
```

| Date: 07/18/11 | Check Number: 343 | Amount: 3,860.67 |
|---|---|---|
| Debtor Name: COULTER CONVENIENCE STORES, INC. <br> Case Number: 99-21002   BM <br> Tax ID: 25-1511954 | | |
| Paid To: **BELL ATLANTIC MOBILE** <br> **P.O. BOX 761** <br> **BEDMINSTER, NJ 07921** | ROBERT SHEARER, TRUSTEE <br> 4536 MELWOOD ROAD <br> LEECHBURG, PA 15656 | |
| Description: Claim 000010, Payment 145.29692%,  Check Void After 90 Days | | |
| Bank Account Number: 2130065042 | | |

| Date: 07/18/11 | Check Number: 343 | Amount: 3,860.67 |
|---|---|---|
| Debtor Name: COULTER CONVENIENCE STORES, INC. <br> Case Number: 99-21002   BM <br> Tax ID: 25-1511954 | | |
| Paid To: **BELL ATLANTIC MOBILE** <br> **P.O. BOX 761** <br> **BEDMINSTER, NJ 07921** | ROBERT SHEARER, TRUSTEE <br> 4536 MELWOOD ROAD <br> LEECHBURG, PA 15656 | |
| Description: Claim 000010, Payment 145.29692%,  Check Void After 90 Days | | |
| Bank Account Number: 2130065042 | | |

SCAN FORM AND ATTACHMENTS

## RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO: 1. Intake Clerk *

2. Case Administrator

FROM: Financial Administrator     UC

DATE: 8.1.12

CASE NAME: Coulter Convenience Stores, Inc.

CASE NUMBER: 99-21002 CMB

Check Number 5016 in the amount of $333.87 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: #5065    Intake Clerk's Initials  JS

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

| | DATE | AMOUNT |
|---|---|---|
| | 05/22/12 | $*********323.87 |

LEECHBURG, PA 15656

Claim 000010, Payment 12.18890%,
Check Void After 90 Days

**VOID**

PAY TO THE ORDER OF

BELL ATLANTIC MOBILE
P.O. BOX 761
BEDMINSTER, NJ 07921

| CASE NUMBER | ESTATE OF |
|---|---|
| 99-21002 CMB | Debtor: COULTER CONVENIENCE STORES, INC. |

*Three Hundred Twenty Three Dollars And 87/100*

ROBERT SHEARER
CHAPTER 7 TRUSTEE

⑈003008⑈ ⑆122000496⑆ 213006662⑈

| Date: 05/22/12 | Check Number: 3008 | Amount: 323.87 |
|---|---|---|

Debtor Name: COULTER CONVENIENCE STORES, INC.
Case Number: 99-21002 CMB
Tax ID: 25-1511954

| Paid To: | BELL ATLANTIC MOBILE<br>P.O. BOX 761<br>BEDMINSTER, NJ 07921 | ROBERT SHEARER, TRUSTEE<br>4536 MELWOOD ROAD<br>LEECHBURG, PA 15656 |
|---|---|---|

Description: Claim 000010, Payment 12.18890%, Check Void After 90 Days

FILED
2012 JUL 30 AM 9:54
CLERK
US BANKRUPTCY
COURT PGH